AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

DAVID A.W. CURTIS,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:07-CV-0040-ECR-VPC**

LARRY D. JOHNSON, et al.,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  Plaintiff may not remove the case, only defendants can do that. It is further clear that the case is not removable to the District of Nevada but should have to be removed to the United States District Court for the Northern District of California.

    This action is remanded to the Superior Court for Sonoma County, California. 28 U.S.C. § 1447(c).


  2/15/2007                                            **LANCE S. WILSON**
                                                            Clerk


                                                         /s/ Lesa Kielb
                                                         Deputy Clerk